IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUTHER FREEMAN,
    Plaintiff,

vs.                               Case No.  3:12cv27/RV/CJK

OCWEN LOAN SERVICING,
LLC,
    Defendant.
_____

### O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 24, 2012. (Doc. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The complaint is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

3.     The clerk is directed to close the file.

DONE AND ORDERED this 27th day of March, 2012.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE